## AUSTIN v. CAMPBELL.

No. 6489.   Opinion Filed January 11, 1916.

(154 Pac. 514.)

**APPEAL AND ERROR—Failure to File Brief—Reversal of Judgment.**
The same as the second paragraph of the syllabus in **Taylor et al. v. J. H. Wade & Co.**, 44 Okla. 294, 144 Pac. 559.

*Error from County Court, Bryan County;*
*J. L. Rappolee, Judge.*

Action by J. L. Austin against W. L. Campbell. Judgment for defendant, and plaintiff brings error. Reversed.

*Porter Newman*, for plaintiff in error.

*W. H. Ritchey*, for defendant in error.

PER CURIAM. The plaintiff in error has served and filed brief in this cause, and the authorities cited therein seem to reasonably sustain the assignments of error. No brief has been filed by the defendant in error, and no reason is given for such default.

Upon the authority of *Taylor et al. v. J. H. Wade & Co.*, 44 Okla. 294, 144 Pac. 559, and cases cited therein, the prayer of the petition in error is granted, and the judgment appealed from is reversed, and the cause remanded to the trial court, with directions to sustain the demurrer to the motion to modify the judgment, and to take such further proceedings therein as may be consistent with the law and procedure in such cases provided.

By the Court: It is so ordered.